# Exhibit 2





**T:** 312-655-0555
**F:** 312-655-0644

*"Based on the positive feedback received by the Council, Judge Denlow is clearly held in very high esteem by the active federal bar. Regarding settlement conferences, attorneys had extremely positive views of his ability to settle cases and similarly praised him for the amount of time and effort he puts into settlement conferences."*

*-An Evaluation of the United States Magistrate Judges in Chicago, by The Chicago Council of Lawyers, April 2008*

**Case Manager**

Deborah Stewart
JAMS
71 S. Wacker Drive
Suite 3090
Chicago, IL 60606
312-655-9192 Phone
312-655-0644 Fax
Email:
dstewart@jamsadr.com

**Hon. Morton Denlow (Ret.)**

**Hon. Morton Denlow (Ret.)** joins JAMS following 16 years of distinguished service as a Magistrate Judge for the United States District Court for the Northern District of Illinois. During his time on the bench, Judge Denlow presided over thousands of civil and criminal matters in both the pretrial and trial stages. He conducted over 2,000 settlement conferences and tried a number of bench trials in complex commercial cases where the parties consented to his jurisdiction.

Judge Denlow is a nationally recognized expert in settling cases. He is a sought after speaker and writer on mediation and settlement techniques. As a faculty member of the Federal Judicial Center, he taught hundreds of federal judges mediation skills and effective impasse breaking techniques. Judge Denlow is known as a creative problem solver who will not rest until a case is settled. During his first two years at JAMS, he achieved settlements totaling over $425 million, including 53 settlements of $1 million or more.

Prior to his appointment to the federal bench on March 1, 1996, Judge Denlow was actively engaged for 24 years as a trial and appellate lawyer in complex commercial litigation, including 10 years as an active arbitrator and mediator. His breadth of experience as an advocate, attorney neutral, and a settlement-focused judge makes him an ideal choice to mediate complex cases.

Request or download "What Counsel Say About Judge Denlow's Mediation Style and Skills."

**ADR Experience and Qualifications**

As a federal judge, Judge Denlow conducted over 2,000 settlement conferences on the full range of federal cases, including many complex commercial matters. Judge Denlow has handled matters involving the following areas of law:

- **Antitrust:** has experience in trying and settling complex antitrust and Federal Trade Commission (FTC) disputes.  Since joining JAMS, Judge Denlow brokered a $97.5 million settlement in a multidistrict antitrust suit against producers of potash, a natural chemical used in fertilizers and a $4.8 million settlement involving the containerboard and corrugated paper industry.
- **Arbitration:** has handled multiple arbitrations arising from disputes pertaining to commercial leases and adjudicated many others, including many bench trials in complex commercial disputes.  These include a billion dollar Employee Retirement Income Security Act (ERISA) class action case, an $80 million breach of contract dispute, trademark litigation involving national brands of hot dogs, and a number of covenant not to compete and trade secret cases.
- **Banking:** has settled state court actions for $2.5 million involving claims that bank officers conspired with a third party to defraud bank customer; settled suits involving loans in default; settled a number of separate claims brought by the FDIC against former officers and directors of closed banks. These settlements involved D&O carriers and/or personal contributions by directors and officers.
- **Business / Commercial:**  settled dozens of business/commercial matters since coming to JAMS, including a breach of contract and breach of warranty suit that had been pending for four years involving a municipality and a bus manufacturer, a dispute between a manufacturer and a distributor arising out of alleged breach of a distributorship agreement, and a multi-million dollar civil RICO suit alleging fraudulent business practices.
- **Civil Rights:** settled hundreds of civil rights claims against municipalities and other government entities.  At JAMS, Judge Denlow settled the City of Chicago's largest ever single plaintiff action, in addition to several multi-million dollar §1983 claims involving failure to provide medical care following arrest, false imprisonment and sexual harassment by a police officer.
- **Class Actions:** has settled numerous class actions involving the Fair Debt Collection Practices Act (FDCPA), securities fraud, Truth in Lending Act (TILA), Fair Credit Reporting Act (FCRA), Fair Labor Standards Act (FLSA), Telephone Consumer Protection Act (TCPA), antitrust, state law consumer fraud and related attorney fee issues.
- **Employment:** settled hundreds of employment cases involving discrimination claims (age, sex, disability, race, Family and Medical Leave Act (FMLA), and retaliation), breach of employment contracts, class actions, contract disputes, employee benefits and executive compensation,

employment-related torts, labor-management disputes, non-competition, and trade secrets. Settled numerous FLSA class actions and union trust fund actions.

- **ERISA:** pre-suit settlement for recovery of pension payments made in error to owner of acquired business, ERISA class actions, disability insurance policy claims under ERISA and union trust fund actions.
- **Federal:** Managed the full docket of federal cases for over 16 years.
- **Insurance:** bad faith, coverage, property damage, reinsurance, and subrogation suits.
- **Intellectual Property:** settled a $10 million dollar trademark dispute; settled numerous patent cases involving high-tech and low-tech patents; settled trademark cases involving names, logos, packaging, and a full range of copyright infringement cases.
- **Personal Injury/Torts:** auto, truck, train, and railroad accidents; construction and industrial accidents; medical malpractice, wrongful death, product liability, premises liability.
- **Professional Liability:** accountant, architect, directors/officers, legal, and medical malpractice claims and fee disputes.
- **Real Property:** was an active practitioner representing developers and lenders, and involved in a full range of real estate litigation.
- **Securities:** settled a major securities fraud action for $28 million involving numerous parties and insurance companies, settled 10b-5 class actions, breach of fiduciary duty, fraud, stock options backdating, and stockholder derivative actions and was an active securities law litigator.
- **Special Master:** created the methodology and settled over 400 cases in a Truth in Lending multidistrict litigation (MDL) case and settled a 20-party case, receivership involving numerous claims including U.S. Securities and Exchange Commission (SEC) and U.S. Department of Labor litigation.
- **Training/Teaching:** longtime member of the Federal Judicial Center where he lectured and trained hundreds of federal judges in mediation skills, and he is a regular speaker at local and national bar association programs on mediation and settlement skills.

## Honors, Memberships, and Professional Activities

- Recipient, Edwin A. Rothschild Award for Lifetime Achievement in Civil Rights, Lawyers' Committee for Civil Rights Under Law, 2015
- Member, Committee on the Administration of the Magistrate Judges System of the Judicial Conference, 2005-2012
- President, Resolution Systems Institute
- Vice President, Jewish Judges Association of Illinois
- Board of Directors, Federal Bar Association and Chicago Bar Foundation
- Member of Advisory Committee, J.L. Kellogg Graduate School of Management Dispute Resolution Research Center
- Adjunct Professor in Trial Advocacy, Northwestern University School of Law, 1990-1991
- Senior Lecturer in Law, Loyola University School of Law, 1983-1995
- Faculty, National Institute for Trial Advocacy, 1988-1998
- Lecturer, American Bar Association, Chicago Bar Association, Federal Bar Association, Northwestern University Corporation Counsel Institute, National Employment Lawyers Association, and American Intellectual Property Association
- Judicial Profile published in the *Federal Lawyer*, December 2012
- Recipient, Seymour Simon Justice Award, Jewish Judges Association of Illinois, 2010

## Author of numerous articles including the following publications:

- Magistrate Judges' Important Role in Settling Cases, *The Federal Lawyer*, May/June 2014
- Settling the Confusion: Applying Federal Common Law in Settlement Enforcement Proceedings Arising from Federal Claims, *Northwestern University Law Review*, published by Northwestern University School of Law, volume 107, No. 1, p. 127-168, 2012
- Breaking Impasses in Judicial Settlement Conferences: Seven (More) Techniques for Resolution, *Court Review*, published by the American Judges Association, volume 46 at p. 130, 2011
- Settlement Conference Techniques: Caucus Dos and Don'ts, *The Judges' Journal*, published by the American Bar Association Judicial Division, volume 49 at p. 21, Spring 2010
- Making Full Use of the Court: Come to Settle First, Litigate Second, *Litigation*, the journal of the Section of Litigation of the American Bar Association, volume 35, number 1, at p. 28, Fall 2008
- What's an Attorney to Do? Ensuring Federal Jurisdiction Over Settlement Agreements in Light of Recent Seventh Circuit Cases, *The Circuit Rider*, the journal of the Seventh Circuit Bar Association, condensed version published at p. 24, May 2007
- Settlement Conference Techniques: A Judge's Opening Statement, *The Judges' Journal*, published by the American Bar Association Judicial Division, volume 45 at p. 23, Spring 2006
- Judicial Settlement Databases: Development and Uses, *The Judges' Journal*, published by the American Bar Association Judicial Division, volume 43 at p. 19, Winter 2004
- The Motion For a Preliminary Injunction: Time For a Uniform Federal Standard, *The Review of*

*Litigation*, 22 Rev. Litig. 495, a University of Texas Publication, Summer 2003

- Federal Jurisdiction in the Enforcement of Settlement Agreements: Kokkonen Revisited, *Federal Courts Law Review*, Fed. Cts. L. Rev. 2, March 2003
- Concluding a Successful Settlement Conference: It Ain't Over Till It's Over, *Court Review*, published by the American Judges Association, volume 39 at p. 14, Fall 2002
- Preliminary Injunctions: Look Before You Leap, *Litigation*, the journal of the Section of Litigation of the American Bar Association, volume 28, number 4, at p. 8, Summer 2002
- Settlement Conference Tips for Judges (with a Form and a List of Things Lawyers Should NOT Do), *The Practical Litigator*, ALI CLE, at p. 19, May 2002
- Effective Mediation Advocacy: Perspectives Around the Mediation Table, co-author, *Alternative Dispute Resolution Practice Handbook*, published by the Illinois Institute for Continuing Legal Education, Chapter 4, 2001
- Breaking Impasses in Settlement Conferences: Five Techniques for Resolution, *The Judges' Journal*, published by of the American Bar Association Judicial Division, at p. 4, Fall 2000
- Justice Should Emphasize People, Not Paper, *Judicature*, the journal of the American Judicature Society, vol. 83 at p. 50, September-October 1999
- Trial on the Papers: An Alternative to Cross Motions for Summary Judgment, *The Federal Lawyer*, published by the Federal Bar Association, vol. 46 at p. 30, August 1999
- Steps to an Effective Settlement Conference: At the Table, *Pretrial Practice & Discovery Newsletter*, published by the American Bar Association Section of Litigation, at p. 3, Winter 1998
- Steps to an Effective Settlement Conference: Before You Come to the Table, *Pretrial Practice & Discovery Newsletter*, published by the American Bar Association Section of Litigation, at p. 3, Fall 1997
- Mediation of Commercial Disputes: A Useful Tool for Trial Lawyers and Their Clients, *Chicago Bar Record*, published by the Chicago Bar Association, at p. 30, September, 1995; and in the *Dispute Resolution Journal*, published by the American Arbitration Association, at page 79, October-December 1995

**Background and Education**

- Magistrate Judge, United States District Court for the Northern District of Illinois, 1996-2012 (Presiding Magistrate Judge, 2004-2008)
- Partner, Dardick & Denlow, 1984-1993
- Partner, Sachnoff & Weaver, Ltd., 1979-1984 (Of Counsel, 1993-1996)
- Director of Professional Services for Chicago Regional Office, JAMS/Endispute, 1995-1996
- Associate, Rosenthal & Schanfield, 1977-1979
- Law Clerk and Associate, D'Ancona & Pflaum, 1971-1977
- J.D., *cum laude*, Northwestern University School of Law, 1972 (Order of the Coif)
- A.B., Economics, *cum laude*, Washington University, 1969