# Exhibit 4

Minneapolis Office
80 South 8th Street
IDS Center, Suite 1650
Minneapolis , MN 55402
612.605.4098 Phone
612.605.4099 Fax

Chicago Office
415 North LaSalle Street
Suite 502
Chicago , IL 60654
312.222.0660 Phone
312.222.1656 Fax

halunenlaw
EMPLOYMENT • CONSUMER • WHISTLEBLOWER

# HALUNEN LAW FIRM RESUME

1. The nationally recognized law firm of Halunen Law was founded in 1998 and has offices in Minneapolis and Chicago.

2. The firm has successfully represented employees, independent contractors, and consumers in a variety of complex litigation and class action matters. Members of the firm have served in lead, management, discovery, and coordinating capacities in numerous collective actions, class actions, MDLs, and other complex litigation matters.

3. Clayton Halunen is Managing Partner of Halunen Law. He practices primarily in the areas of employment and class action litigation on behalf of plaintiffs. He has tried over thirty cases to a verdict and has served in lead, management or coordinating capacities in numerous collective and class actions throughout the United States. Mr. Halunen has been involved in the prosecution of class action employment and consumer matters including, but not limited to:

a. *Martin et al. v. Cargill, Inc.*, Civil No. 1:14-cv-00218-LEK-BMK (D. Haw.);

b. *Cruz et al. v. Lawson Software, Inc.*, Court File No.: 08-5900 (MJD/JSM) (D. Minn.);

c. *Davis et al. v. SOH Distribution Company, Inc.*, Court File No.: 09-cv-237-CCC (M.D. Penn.).

d. *Richardson v. L'Oreal USA, Inc.*, Court File No. 1:13-cv-00508-JDB (D.D.C.)

e. *Hale et al. v. ABRA Auto Body and Glass, Inc.*, Court File No.: 07-cv-3367 (PAM/JSM) (D. Minn.);

f. *In re FedEx Ground Package System, Inc., Employment Practices Litigation*, MDL No.:1700 (N.D. Ind.);

g. *In re Certainteed Corporation Roofing Shingles Products Liability Class Action,* Court File No. MDL Docket No. 1817 (E.D. Penn.);

h. *Alcoa Oasis Decking Products Liability Class Action*, Court File No.: 12-cv-10164 (DJC) (D. Mass.);

i. *Building Products of Canada Shingles Products Liability Class Action*, Court File No.: 12-cv-00016 (JGM) (D. Vermont);

j. *IKO Roofing Shingles Products Liability Class Action*, Court File No. MDL Docket No.: 2104 (C.D. Ill.);

k. *James Hardie Siding Products Liability Class Action*, Court File No.:2359 (D. Minn.);

l. *Owens Corning Shingle Products Liability Class Action*, Court File No.: 09-cv-01567 (W.D. Penn.);

m. *Groupon Inc. Consumer Class Action*, MDL No.: 2238 (RBB) (S.D. Cal.);

n. *Living Social Consumer Class Action*, MDL No.: 2254 (D.C.);

o. *United States of America, et al., ex rel. Tamara Dietzler v. Abbott Labs.*, Civil Action No. 1:09-cv-00051 (W.D. Va.);

p. *Nowicki v. Natrol, Inc.*, Case No. 1:13-cv-03882 (N.D. Ill.);

q. *Paolone v. Wal-Mart Stores, Inc.*, Case No. 1:12-cv-1333(NAM/TWD) (N.D.N.Y.);

r. *Kardovich v. Pfizer, Inc.*, Case No. 13-cv-07378-RRM-JMA (E.D.N.Y.);

s. *Dang v. Samsung Elec. Co.*, Civil Action No. CV 14-00530 SI (N.D. Cal.);

t. *Bassett v. Elec. Arts., Inc.*, Civil Action No. 1:13-cv-04208-MKB-SMG (E.D.N.Y);

    u. *Fisher v. The Blue Buffalo Co.*, No. 14-cv-05937-FMO-SH (C.D. Cal.);

    v. *Barron et al v. Snyder's-Lance, Inc.*, No. 13-cv-62496-JAL (S.D. Fla.);

    w. *Kardovich v. Pfizer, Inc.*, No: 1:13-cv-07378-RRM-JMA (E.D.N.Y.);

    x. *Mosely v. Vitalize Labs, LLC*, No. 1:13-cv-02470-RJD-RLM (E.D.N.Y);

    y. *Scriortino v. Pepsico, Inc.*, No. 14-cv-00478-EMC (N.D. Cal);

    z. *Jaskulske v. State Farm Mut. Auto. Ins. Co.*, No. 14cv-00869 (D. Minn);

    aa. *Frohberg v. Cumberland Packing Corp.*, No. 1:14-cv-00748-KAM-RLM (E.D.N.Y.).

4. Mr. Halunen was one of the Relators' counsel in case of *United States of America, et al., ex rel. Tamara Dietzler v. Abbott Labs., Civil Action No. 1:09-cv-00051 (W.D. Va.)* where Halunen Law was instrumental in achieving a settlement against Abbott Labs for government fraud in an amount in excess of $1.5 Billion—one of the largest recoveries under the False Claims Act in United States history.

5. Mr. Halunen is licensed to practice in all courts for the State of Minnesota as well as the United States District Courts for the District of Minnesota and the Northern and Central Districts of Illinois. He is a Minnesota State Bar Association Board Certified Labor and Employment Law Specialist, a member of the National Employment Lawyers Association, and the Minnesota State Bar Association (Governing Council, Labor and Employment). Mr. Halunen is a frequent lecturer, and is regularly named to Who's Who in Minnesota Employment Law. Every year since 2003, he has been named a *Super Lawyer* by Minnesota Law & Politics.

6. Melissa Wolchansky is a Partner with Halunen Law and chairs the consumer class action litigation team. She is licensed to practice in all courts in the State of Minnesota as well as the United States District Court for the District of Minnesota. Ms. Wolchansky graduated

from William Mitchell College of Law in 2007, after which she clerked for the Honorable Lucy Wieland, then Chief Judge of the Hennepin County District Court and the Honorable Gary Larson of the Hennepin County District Court.  She began working in private practice in 2009. From 2012 through 2015, Ms. Wolchansky was named as *Super Lawyer* Rising Star by Minnesota Law & Politics and in 2014 named Top 100 Trial Lawyers by the National Trial Lawyers. Ms. Wolchansky has been involved in the prosecution of various consumer class action matters including, but not limited to:

    a. *Richardson v. L'Oreal USA, Inc.*, Court File No. 13-cv-00508-JDB (D.D.C.);

    b. *Paolone v. Wal-Mart Stores, Inc.*, Court File No. 12-cv-01333-NAM/TWD (N.D. New York);

    c. *Alcoa Oasis Decking Prods. Liab. Class Action*, Court File No.: 12-cv-10164-DJC (D. Mass.);

    d. *IKO Roofing Shingles Prods. Liab. Class Action*, MDL No.: 2104 (C.D. Ill.);

    e. *James Hardie Siding Prods. Liab. Class Action*, MDL No.: 2359 (D. Minn.);

    f. *Owens Corning Shingle Prods. Liab. Class Action*, Court File No.: 09-cv-01567 (W.D. Penn.);

    g. *Living Social Consumer Class Action*, MDL No.: 2254 (D.C.);

    h. *Kardovich v. Pfizer, Inc.*, Court File No. 13-cv-07378-RRM-JMA (E.D.N.Y.);

    i. *Dang v. Samsung Elec. Co.*, Court File No. 14-cv-00530 SI (N.D. Cal.);

    j. *Bassett v. Elec. Arts., Inc.*, Court File No. 13-cv-04208-MKB-SMG (E.D.N.Y);

    k. *Fisher v. The Blue Buffalo Co.*, Court File No. 14-cv-05937-FMO-SH (C.D. Cal.);

    l. *Barron et al v. Snyder's-Lance, Inc.*, Court File No. 13-cv-62496-JAL (S.D. Fla.);

    m. *Kardovich v. Pfizer, Inc.*, Court File No. 13-cv-07378-RRM-JMA (E.D.N.Y.);

n. *Mosely v. Vitalize Labs, LLC*, Court File No. 13-cv-02470-RJD-RLM (E.D.N.Y);

o. *Scriortino v. Pepsico, Inc.*, Court File No. 14-cv-00478-EMC (N.D. Cal);

p. *Frohberg v. Cumberland Packing Corp.*, Court File No. 14-cv-00748-KAM-RLM (E.D.N.Y.).

q. *Howerton et al. v. Cargill, Inc.*, Court File No. 14-cv-00218-LEK-BMK (D. Haw.);

r. *Scott v. Honeywell Int'l Inc.*, Court File No. 14-cv-00157-PAB-CBS (D. Colo.);

s. *Leach v. Honeywell Int'l Inc.*, Court File No. 14-cv-12245-LTS (D. Mass.);

t. *Johnsen v. Honeywell Int'l Inc.*, Court File No. 14-cv-00594-AGF (E. D. Mo.);

u. *Disher et al v. Tamko Building Prods., Inc. et al.* Court File No.14-cv-00740-NJR-SCW (S.D. Ill.);

v. *Neocleous v. Apple Inc.*, Court File No. 15-cv-00501 (N.D. Cal.).

7. Charles Moore is an Associate with Halunen Law and a member of the consumer class action litigation team. He is licensed to practice in all courts in the State of Minnesota as well as the United States District Court for the District of Minnesota. Mr. Moore graduated from the Hamline University School of Law in 2014, after which he became an Associate with Halunen Law. Throughout his time in law school, Mr. Moore clerked with Halunen Law, as part of their class action litigation team. Mr. Moore is involved in the prosecution of consumer class action matters including, but not limited to:

a. *Ligon v. L'Oreal USA, Inc.*, Court File No.: CV-12-4585 (N.D. Cal.);

b. *Richardson v. L'Oreal USA, Inc.*, Court File No. 1:13-cv-00508-JDB (D.D.C.);

c. *Kardovich v. Pfizer, Inc.*, Case No. 13-cv-07378-RRM-JMA (E.D.N.Y.);

d. *Dang v. Samsung Elec. Co.,* Civil Action No. CV 14-00530 SI (N.D. Cal.);

e. *Bassett v. Elec. Arts., Inc.*, Civil Action No. 1:13-cv-04208-MKB-SMG (E.D.N.Y);

f. *Fisher v. The Blue Buffalo Co.*, No. 14-cv-05937-FMO-SH (C.D. Cal.);

g. *Kardovich v. Pfizer, Inc.*, No: 1:13-cv-07378-RRM-JMA (E.D.N.Y.);

h. *Mosely v. Vitalize Labs, LLC*, No. 1:13-cv-02470-RJD-RLM (E.D.N.Y);

i. *Frohberg v. Cumberland Packing Corp.*, No. 1:14-cv-00748-KAM-RLM (E.D.N.Y.).

Dated: September 25, 2015

/s/Melissa W. Wolchansky
Melissa W. Wolchansky, MN #387900
HALUNEN LAW
80 South Eighth Street, Suite 1650
Minneapolis, MN  55402
Tel.:  612.605.4098
Fax:  612.605.4099