LEXINGTON LAW GROUP
Mark N. Todzo, State Bar No. 168389
Abigail Blodgett, State Bar No. 278813
503 Divisadero Street
San Francisco, CA  94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
ablodgett@lexlawgroup.com

HALUNEN LAW
Melissa W. Wolchansky *(admitted pro hac vice)*
Charles D. Moore (*pro hac vice pending*)
80 South Eighth Street, Suite 1650
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
wolchansky@halunenlaw.com
moore@halunenlaw.com

*Court Appointed Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH BAHARESTAN and JENA MCINTYRE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VENUS LABORATORIES, INC., dba EARTH FRIENDLY PRODUCTS, INC.,<br><br>Defendant. | Case No. 3:15-cv-03578-EDL<br><br>**DECLARATION OF REBEKAH BAHARESTAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSMENT FOR COSTS AND SERVICE AWARDS**<br><br>Date: March 15, 2016<br>Time: 9:00 a.m.<br>Location: Courtroom 5, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte<br><br>[Filed concurrently with Declarations of Melissa W. Wolchansky, Mark N. Todzo, Jena McIntyre, and Jeffrey D. Dahl; and Notice of Motion and Motion for Award of Attorneys' Fees, and Reimbursement for Costs and Service Awards] |

Case No. 3:15-cv-03578-EDL

**DECL. OF REBEKAH BAHARESTAN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Rebekah Baharestan, declare as follows:

1. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am a named Plaintiff in this class action. This Declaration is given in support of my request that the Court award attorney fees to class counsel, reasonable costs, and service awards in this class settlement.

3. I am a citizen of California and reside in Marin County, California.

4. I brought this action against Earth Friendly Products ("EFP") because EFP deceptively represented its Dishmate and Laundry Detergent Products to be natural, naturally derived, made from plants, and safer alternatives to traditional detergents, when in fact those products contain methylisothiazolinone ("MI"), an unnatural chemical to which I and a significant percentage of consumers are now permanently allergic due to exposure to the Isothiazolinone family of chemicals of which MI is a member.

5. Having seen EFP's representations and unwittingly purchased EFP's products containing MI, I contacted counsel from Lexington Law Group and sought their assistance in ending EFP's practice of marketing products containing MI as natural, naturally derived, made from plants, and safer alternatives.

6. I have spent significant time on this case.  I have consulted with my counsel, by telephone and in person, to discuss my experience with EFP products and with MI. I have reviewed, discussed, and helped determine the actions to be taken and decisions to be made in pursuit of this case on behalf of all class members.

7. Throughout these proceedings, I have been willing to be deposed and/or to testify in court proceedings if called upon to do so.

8. Based on my interactions and relationship with my counsel, I believe my counsel has fairly and adequately represented the class and will continue to do so.

9. I understand that, as a class representative, I have an obligation to assert and protect the interests of other class members and not act just for my own personal benefit.  I do not have

**DECL. OF REBEKAH BAHARESTAN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**

any conflict with other class members. I have done my best to protect the interests of other class members and fairly and adequately to represent the class to the best of my ability.

10. My counsel have procured a settlement of this action on a class-wide basis, which I have approved.

11. I request that the Court approve the award of attorneys' fees to my counsel and the service award to me as class representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 15, 2016, at San Rafael, California.

*/s/ Rebekah Baharestan*
REBEKAH BAHARESTAN

**DECL. OF REBEKAH BAHARESTAN IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS**