LEXINGTON LAW GROUP
Mark N. Todzo, State Bar No. 168389
Abigail Blodgett, State Bar No. 278813
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
ablodgett@lexlawgroup.com

HALUNEN LAW
Melissa W. Wolchansky (*admitted pro hac vice*)
Charles D. Moore (*pro hac vice pending*)
80 South Eighth Street, Suite 1650
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
wolchansky@halunenlaw.com
moore@halunenlaw.com

*Court Appointed Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH BAHARESTAN and JENA MCINTYRE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VENUS LABORATORIES, INC., dba EARTH FRIENDLY PRODUCTS, INC.,<br><br>Defendant. | Case No. 3:15-cv-03578-EDL<br><br>**DECLARATION OF JENA MCINTYRE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT FOR COSTS AND SERVICE AWARDS**<br><br>Date: March 15, 2016<br>Time: 9:00 a.m.<br>Location: Courtroom E<br>Judge: Hon. Elizabeth D. Laporte<br><br>[Filed concurrently with Declarations of Melissa W. Wolchansky, Mark N. Todzo, Jena McIntyre, and Jeffrey D. Dahl; and Notice of Motion and Motion for Award of Attorneys' Fees, and Reimbursement for Costs and Service Awards] |

I, Jena McIntyre, declare under penalty of perjury, that the following is true and correct to the best of my knowledge and belief:

1. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto.

2. I am a named Plaintiff in this class action. This Declaration is given in support of my request that the Court award attorney fees to class counsel, reasonable costs, and service awards in this class settlement.

3. I am a citizen of Washington and reside in Skagit County, Washington.

4. I brought this action against Venus Laboratories, Inc., d/b/a Earth Friendly Products, Inc. ("EFP") because EFP deceptively represented its Dishmate and Laundry Detergent Products to be natural, naturally derived, made from plaints, and safer alternatives to traditional detergents, when in fact those products contain highly processed and/or non-natural ingredients, including methylisothiazolinone ("MIT").

5. Having seen EFP's representations and unwittingly purchased EFP's products containing highly processed and/or non-natural ingredients, I retained Halunen Law and sought their assistance in ending EFP's practice of marketing products containing highly processed and/or non-natural ingredients as natural, naturally derived, made from plants, and safer alternatives.

6. Both prior to and subsequent to signing a retainer agreement with Halunen Law, we discussed my responsibilities as a Plaintiff and a possible Class Representative.

7. I have spent significant time on this case. My attorneys kept me informed of the filings in the case and their settlement offers to EFP. I was provided with copies of the Complaint, proposed settlement terms, and ultimate settlement agreement. I have consulted with my counsel, by telephone, to discuss my experience with EFP products. I have reviewed, discussed, and helped determine the actions to be taken and decisions to be made in pursuit of this case on behalf of all class members.

8. Throughout these proceedings, I have been willing to be deposed and/or to testify

1   Case No. 3:15-cv-03578-EDL

**DECLARATION OF JENA MCINTYRE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT FOR COSTS AND SERVICE AWARDS**

1  in court proceedings if called upon to do so.

2  9. Based on my interactions and relationship with my counsel, I believe my counsel
3  has fairly and adequately represented the class and will continue to do so.

4  10. I understand that, as a class representative, I have an obligation to assert and
5  protect the interests of other class members and not act just for my own personal benefit. I do not
6  have any conflict with other class members. I have done my best to protect the interests of other
7  class members and fairly and adequately to represent the class to the best of my ability.

8  11. My counsel have procured a settlement of this action on a class-wide basis, which
9  I have approved.

10  12. I request that the Court approve the award of attorneys' fees to my counsel and
11  the service award to me as class representative.

12  I declare under the penalty of perjury under the laws of the United States of America that
13  the foregoing is true and correct.

14  Executed on this 14th day of January, 2016 in Sedro Wolley, Washington.



By: JENA MCINTYRE

2                                                              Case No. 3:15-cv-03578-EDL

**DECLARATION OF JENA MCINTYRE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT FOR COSTS AND SERVICE AWARDS**