UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBEKAH BAHARESTAN and JENA MCINTYRE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VENUS LABORATORIES, INC., DBA EARTH FRIENDLY PRODUCTS, INC.,<br><br>Defendant. | Case No. 3:15-cv-03578-EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, AND REIMBURSEMENT OF COSTS AND SERVICE AWARDS AS MODIFIED**<br><br>Date: March 15, 2016<br>Time: 9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

This matter having come before the Court on March 15, 2016, on the motion of Plaintiffs for an award of attorneys' fees, the reimbursement of expenses incurred by Plaintiffs' Counsel in the above captioned action, and the payment of a service award to each Plaintiff, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Court has jurisdiction over the subject matter of the Complaint, Class Representatives, all Class Members, and Defendant.

2. All capitalized terms not otherwise defined herein shall have the meaning set forth in the Settlement.

3. The Court hereby awards Plaintiffs' Counsel attorneys' fees and expenses of $227,500 to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is appropriate and is fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The awarded attorneys' fees and expenses shall be paid subject to the terms, conditions and obligations of the Settlement, and in particular ¶8.2 thereof, which terms, conditions and obligations are incorporated herein.

5. A service award is awarded to the following Plaintiffs in the amounts indicated: Rebekah Baharestan, ~~$2,000~~ $1,500; and Jena McIntyre, ~~$2,000~~ $1,500. Such an award is reasonable considering each Plaintiff's active participation in this action, as attested to by the declarations submitted to the Court. Payment of the incentive awards shall be made pursuant to the Settlement, in particular ¶8.5 thereof.

6. Pursuant to the Settlement, ¶10.14, the Court shall retain jurisdiction with respect to the implementation and enforcement of the terms of the Class Settlement Agreement and the

**[PROPOSED] ORDER GRANTING MOTION FOR FEES AND COSTS**

Parties to the Class Settlement Agreement submit to the jurisdiction of the Court for those purposes.

**IT IS SO ORDERED.**

DATED: March 16, 2016

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge